No. 84. PACIFIC POWER AND LIGHT COMPANY *v.* L. D. BAYER, PEARL DURST, WILLIAM H. BUCHER, ET AL. Error to the Supreme Court of the State of Oregon. Argued December 7, 1926. Decided December 7, 1926. Dismissed for want of jurisdiction for want of a final judgment. *Mr. Henry S. Gray,* with whom *Messrs. Roger S. Greene* and *Will R. King* were on the brief, for plaintiff in error. *Messrs. Elton Watkins* and *George R. Wilbur* were on the brief for defendants in error.

---

No. —, original. EX PARTE IN THE MATTER OF THE DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY. December 13, 1926. The motion for leave to file petition for a writ of mandamus herein is denied. *Mr. Frederic B. Scott* for petitioner.

---

